UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE JUAN R. MARTINEZ and MARIA M. MARTINEZ  BANKRUPTCY NO. 08-12139
DEBTOR
ADVERSARY NO. _____

JUAN R. MARTINEZ and MARIA M. MARTINEZ
Plaintiff

vs INDYMAC FEDERAL BANK, F.S.B.
Defendant

| FOR COURT USE ONLY |
| --- |
| JUDGE_____ |
| COURT REPORTER_____ |
| HELD AT_____ |
| DATE_____ |

## EXHIBIT LIST

PARTY'S NAME: IndyMac Federal Bank FSB

** FOR COURT USE ONLY **

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Note | | | | | | |
| 2 | Mortgage | | | | | | |
| 3 | Appraisal conducted by Stephan Bourque, AppraisalOne | | | | | | |
| 4 | Broker Price Opinion conducted by Ronald Lavasseur, CRA | | | | | | |
| | | | | | | | |
| | | | | | | | |

(Note: This Exhibit List is to be prepared in advance of the date of trial by counsel for all parties and furnished to the Court in duplicate and served on opposing counsel.)

Page 1 of __1__ Pages