# EXHIBIT 3

# Residential Income Property Appraisal Report

File # woodbine162b

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Property Address | 162 Woodbine Street | City | Pawtucket | State | RI | Zip Code | 02860 |
|---|---|---|---|---|---|---|---|
| Borrower | Martinez, Juan/Maria | Owner of Public Record | Martinez | | | County | Providence |

Legal Description Volume 1602, Page 110
Assessor's Parcel # Plat 8, Lot 121   Tax Year 2007   R.E. Taxes $2836.13
Neighborhood Name Broadway   Map Reference 8/121   Census Tract 0154.00
Occupant ☒ Owner ☒ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Estimate Fair Market Value
Lender/Client Atty. John B. Ennis   Address 1200 Reservoir Avenue   Cranston   RI 02920
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). Owner, MLS.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | 2-4 Unit Housing Trends | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☐ Increasing ☐ Stable ☒ Declining | | PRICE | AGE | One-Unit 50 | % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | | $ (000) | (yrs) | 2-4 Unit 30 | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | 175 | Low 50 | Multi-Family | % |
| | | | | 325 | High 125 | Commercial 20 | % |
| | | | | 250 | Pred. 80 | Other | % |

Neighborhood Boundaries MA State Line (N) Armistice Blvd. (S) Newport Avenue (E) Route I-95 (W).
Neighborhood Description Neighborhood is comprised of a compatible mix of various style single family, multi family and commercial properties. Surrounding properties appear to be well maintained. No unfavorable factors which would adversely affect marketability were noted.
Market Conditions (including support for the above conclusions) Property values have been decreasing over the past several months. Average marketing time for 2-4 family properties is 126 days. Mortgage rates are in the range of 6.5% for 30 year fixed rate. 2-4 Family property values have declined at a rate of 22.51% over the past year.

## SITE

Dimensions 50 x 100   Area 5,000 sf   Shape Rectangular   View NBHD View
Specific Zoning Classification RM   Zoning Description Residential 5,000 sf min.
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone C   FEMA Map # 440022 0001C FEMA Map Date 4/01/82
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/Avg. | Floors | Vnyl/Cer/Fir |
| ☐ Accessory Unit (describe below) | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | Asbsts Shng/Av | Walls | Plaster/Avg. |
| # of Stories 2   # of bldgs. 1 | | Basement Area 1211 sq. ft. | | Roof Surface | Asphlt.Shingle | Trim/Finish | Pine/Avg. |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Finish 85 % | | Gutters & Downspouts | Alum./Avg. | Bath Floor | Cer/Vnyl/Av |
| ☒ Existing ☐ Proposed ☐ Under Const. | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Double Hung/Av | Bath Wainscot | Ceram./Av |
| Design (Style) 2 Family | | Evidence of ☐ Infestation | | Storm Sash/Insulated | Dble Panes | Car Storage | |
| Year Built 1930 | | ☐ Dampness ☐ Settlement | | Screens Yes | | ☐ None | |
| Effective Age (Yrs) 20 years | | Heating/Cooling | | Amenities | | ☒ Driveway # of Cars 4-5 | |
| Attic ☐ None | | ☐ FWA ☒ HWBB ☐ Radiant | | ☐ Fireplace(s)# | ☐ Woodstove(s)# | Driveway Surface Asphalt | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☐ Patio/Deck | ☒ Fence | ☐ Garage # of Cars | |
| ☐ Floor ☒ Scuttle | | Central Air Conditioning None | | ☒ Pool AbvGrd ☒ Porch | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Other | | ☐ Att. ☐ Det. ☐ Built-in | |

# of Appliances | Refrigerator | Range/Oven | Dishwasher | Disposal | Microwave | Washer/Dryer | Other (describe)

| Unit #1 contains: | Rooms 5 | Bedroom(s) 3 | Bath(s) 1 | Square feet of Gross Living Area 1211 |
|---|---|---|---|---|
| Unit #2 contains: | Rooms 5 | Bedroom(s) 3 | Bath(s) 1 | Square feet of Gross Living Area 1211 |
| Unit #3 contains: | Rooms | Bedroom(s) | Bath(s) | Square feet of Gross Living Area |
| Unit #4 contains: | Rooms | Bedroom(s) | Bath(s) | Square feet of Gross Living Area |

Additional features (special energy efficient items, etc.) 2-168 sf Open Porches, 2-56 sf Open Porches, Fenced rear yard. The Pool is personal property and contributes no value.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The improvements evidence a normal degree of physical depreciation and are maintained in average condition. No functional or external obsolescence noted. No significant repairs are needed.

Case 1:08-bk-12139    Doc 63    Filed 12/02/08    Entered 12/02/08 17:58:30    Desc Main
Case 1:08-bk-12139    Doc 27-2    Filed 09/10/08    Entered 09/10/08 13:52:22    Desc
Exhibit Appraisal    Page 3 of 16

Residential Income Property Appraisal Report    File # woodbine162b

## IMPROVEMENTS

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

Is the property subject to rent control? ☐ Yes ☒ No  If Yes, describe

## COMPARABLE RENTAL DATA

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL #1 | COMPARABLE RENTAL #2 | COMPARABLE RENTAL #3 |
|---|---|---|---|---|
| Address | 162 Woodbine St. Pawtucket RI | 247 Japonica St. Pawtucket RI | 260 Japonica St. Pawtucket RI | 102 Cole Street Pawtucket RI |
| Proximity to Subject | | 1 Street-North | 1 Street-North | .40 Miles-North |
| Current Monthly Rent | $ 600.00 | $ 1,800.00 | $ 1,500.00 | $ 1,700.00 |
| Rent/Gross Bldg. Area | $ 0.25 sq. ft. | $ 0.64 sq. ft. | $ 0.72 sq. ft. | $ 0.67 sq. ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Owner | MLS #761210 | MLS #738692 | MLS #754296 |
| Date of Lease(s) | Month-Month | Month to Month | Month to Month | Month to Month |
| Location | Average | Similar | Similar | Similar |
| Actual Age | 78 years | 98 years | 98 years | 148 years |
| Condition | Average | Similar | Similar | Similar |
| Gross Building Area | 2422 | 2834 | 2096 | 2552 |

Unit Breakdown:

| | Rm Count (Tot/Br/Ba) | Size Sq.Ft. | Rm Count (Tot/Br/Ba) | Size Sq.Ft. | Monthly Rent | Rm Count (Tot/Br/Ba) | Size Sq.Ft. | Monthly Rent | Rm Count (Tot/Br/Ba) | Size Sq.Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 5/3/1 | 1211 | 5/3/1 | 1417 | $900 | 5/2/1 | 1048 | $750 | 6/3/1 | 1276 | $850 |
| Unit #2 | 5/3/1 | 1211 | 5/3/1 | 1417 | $900 | 5/2/1 | 1048 | $750 | 6/3/1 | 1276 | $850 |
| Unit #3 | | | | | | | | $ | | | $ |
| Unit #4 | | | | | | | | $ | | | $ |
| Utilities Included | Water, Sewer Trash Coll. Gas Heat | | Water, Sewer and Trash Collection | | | Water, Sewer and Trash Collection | | | Water, Sewer and Trash Collection | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.) All rental Comps are in close proximity and are similar in locational influences. Comps 1 and 2 are in closest proximity.

## SUBJECT RENT SCHEDULE

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rent | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total | Per Unit | | Total |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | Rent | Unfurnished | Furnished | Rent |
| 1 | Owner | | $0 | $ | $ | $900 | $ | $ 900.00 |
| 2 | MTM | | 600 | | 600.00 | 800 | | 800.00 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

Comment on lease data Owner occup. 1st floor/2nd floor occ. by family member

Total Actual Monthly Rent $ 600.00    Total Gross Monthly Rent $ 1700.00
Other Monthly Income (itemize) $    Other Monthly Income (itemize) $
Total Actual Monthly Income $ 600.00    Total Estimated Monthly Income $ 1700.00

Utilities included in estimated rents ☐ Electric ☒ Water ☒ Sewer ☒ Gas ☐ Oil ☐ Cable ☒ Trash collection ☐ Other (describe)

Comments on actual or estimated rents and other monthly income (including personal property) Estimated rents are a reasonable reflection of current market conditions. Actual rent of 2nd floor unit is below market rent due to occupancy by a family member.

## PRIOR SALE HISTORY

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) Assessor Records

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) Assessor Records

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | No sales noted in the past 3 years. | No sales noted in the past 12 months | No sales noted in the past 12 months | No sales noted in the past 12 months |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale history for the subject property and comparable sales   None noted.

Residential Income Property Appraisal Report   File # woodbine162b

There are **4** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 182,500 to $ 229,000
There are **5** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 210,000 to $ 230,000

| FEATURE | SUBJECT | COMPARABLE SALE #1 | | COMPARABLE SALE #2 | | COMPARABLE SALE #3 | |
|---|---|---|---|---|---|---|---|
| Address | 162 Woodbine St. Pawtucket RI | 799 Central Avenue Pawtucket RI | | 118 Fountain St. Pawtucket RI | | 92 India Street Pawtucket RI | |
| Proximity to Subject | | 1 Mile-East | | .25 Miles-South | | 1 Mile-South | |
| Sale Price | $ N/A | $ 210,000 | | $ 210,000 | | $ 230,000 | |
| Sale Price/Gross Bldg. Area | $ sq. ft. | $ 92.35 sq. ft. | | $ 84.30 sq. ft. | | $ 78.23 sq. ft. | |
| Gross Monthly Rent | $ 1,700.00 | $ 1,700.00 | | $ 1,700.00 | | $ 1,800.00 | |
| Gross Rent Multiplier | | 123.53 | | 123.53 | | 127.78 | |
| Price Per Unit | $ | $ 105,000.00 | | $ 105,000.00 | | $ 115,000.00 | |
| Price Per Room | $ | $ 23,333.33 | | $ 26,250.00 | | $ 19,166.67 | |
| Price Per Bedroom | $ | $ 70,000.00 | | $ 52,500.00 | | $ 57,500.00 | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | MLS #735842 | | MLS #761123 | | MLS #758538 | |
| Verification Source(s) | | Assessor Records | | Assessor Records | | Assessor Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing Concessions | | None noted | | None noted | | None noted | |
| Date of Sale/Time | | 6/02/08 | | 1/19/08 | | 1/29/08 | |
| Location | | Average | | Average | | Average | |
| Leasehold/Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5,000 sf | 5,009 sf | | 3,668 sf | +1000 | 8,712 sf | -3000 |
| View | Local NBHD | Local NBHD | | Local NBHD | | Local NBHD | |
| Design (Style) | 2 Family | 2 Family | | 2 Family | | 2 Family | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 78 years | 113 years | | 108 years | | 88 years | |
| Condition | Average | Average | | Average | | Average | |
| Gross Building Area | 2422 | 2274 | +2200 | 2491 | -1000 | 2940 | -7800 |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit #1 | 5 3 1 | 5 2 1 | | 4 2 1 | | 6 2 1 | |
| Unit #2 | 5 3 1 | 4 1 1 | | 4 2 1 | | 6 2 1 | |
| Unit #3 | | | | | | | |
| Unit #4 | | | | | | | |
| Basement Description | Full Bsmnt. | Full Bsmnt. | | Full Bsmnt. | | Full Bsmnt. | |
| Basement Finished Rooms | 1029 sf Fin | Partial Fin | | Unfinished | +3000 | Unfinished | +3000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | HWBB/None | Steam/None | | FHW/None | | FHW/None | |
| Energy Efficient Items | DoublePanes | Similar | | Similar | | Similar | |
| Parking On/Off Site | No Garage | 2 Car/Det | -4000 | No Garage | | 2 Car/Det | -4000 |
| Porch/Patio/Deck | 4 Porches | 2 Porches | | 66 sf WD | | 2 Porches | |
| Fireplace | No FP Fence | No FP | | No FP | | No FP | |
| Net Adjustment (Total) | | ☐+ ☒- $ 1,800 | | ☒+ ☐- $ 3,000 | | ☐+ ☒- $ 11,800 | |
| Adjusted Sale Price of Comparables | | Net -0.86% Gross 2.95% $ 208,200 | | Net 1.43% Gross 2.38% $ 213,000 | | Net -5.13% Gross 7.74% $ 218,200 | |
| Adj. Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 104,100.00 | | $ 106,500.00 | | $ 109,100.00 | |
| Adj. Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 23,133.33 | | $ 26,625.00 | | $ 18,183.33 | |
| Adj. Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 69,400.00 | | $ 53,250.00 | | $ 54,550.00 | |

Value Per Unit $ 107,000.00 X 2   Units = $ 214,000.00   Value Per GBA $ 88.00 X 2422   GBA = $ 213,136.00
Value Per Rm. $ 22,000.00 X 10   Rooms = $ 220,000.00   Value Per Bdrms. $ 55,000.00 X 6   Bdrms. = $ 330,000.00

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.  All Comps adjusted for GBA @ $15 per sf. Comps 2 and 3 adjusted for site size. The lack of similar sales within the past 6 months resulted in the use of Comp 2. Equal weight was placed on each comparable sale. The indicated value of the subject is well supported.

Indicated Value by Sales Comparison Approach $ 213,000

Total gross monthly rent $ 1700   X gross rent multiplier (GRM) 125   = $ 212,500 Indicated value by the Income Approach
Comments on income approach including reconciliation of the GRM   Equal weight was placed on the GRM of each comparable sale.

Indicated Value by:   Sales Comparison Approach $ 213,000   Income Approach $ 212,500   Cost Approach (if developed) $ 268,428

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 213,000 , as of 7/21/2008 , which is the date of inspection and the effective date of this appraisal.

## ADDITIONAL COMMENTS

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) **Site value based on allocation method, which attributes approximately 33% of total value to site.**

| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ | 85,000 |
|---|---|---|---|
| Source of cost data **Builder Estimates** | Dwelling 2422 Sq. Ft. @ $100.00 | = $ | 242,200 |
| Quality rating from cost service **Avg.** Effective date of cost data **7/08** | Basement 1211 Sq. Ft. @ $ 8.00 | = $ | 9,688 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | 4 Porches | | 12,500 |
| **Reproduction Cost determined from local building estimates. Physical depreciation calculated by the Age/Life Method.** | Garage/Carport Sq. Ft. @ $ | = $ | |
| | Total Estimate of Cost-New | = $ | 264,388 |
| | Less Physical **31%** Functional External Depreciation **81960** | = $( | 81,960 ) |
| | Depreciated Cost of Improvements | = $ | 182,428 |
| | "As-is" Value of Site Improvements | = $ | 1,000 |
| Estimated Remaining Economic Life (HUD and VA only) **45** Years | Indicated Value By Cost Approach | = $ | 268,428 |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases        Total number of units        Total number of units sold

Total number of units rented    Total number of units for sale    Data source(s)

Was the project created by the conversion of an existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

# Small Income Property Appraisal Report    File #    woodbine162b

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Case 1:08-bk-12139    Doc 63    Filed 12/02/08    Entered 12/02/08 17:58:30    Desc Main
Case 1:08-bk-12139    Doc 27-2    Filed 09/10/08    Entered 09/10/08 13:52:22    Desc
Exhibit Appraisal    Page 6 of 16

Residential Income Property Appraisal Report    File #    woodbine162b

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Case 1:08-bk-12139 Doc 63 Filed 12/02/08 Entered 12/02/08 17:58:30 Desc Main
Case 1:08-bk-12139 Doc 27-2 Filed 08/10/08 Entered 09/08 13:52:22 Desc
Exhibit Appraisal Page 8 of 15

Residential Income Property Appraisal Report File # woodbine162b

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *Stephan Bourque* | Signature |
| Name Stephan Bourque | Name |
| Company Name AppraisalOne | Company Name |
| Company Address 31 Maple Street | Company Address |
| Hope Valley RI 02832 | |
| Telephone Number 401-539-8187 | Telephone Number |
| Email Address SBourque@cox.net | Email Address |
| Date of Signature and Report July 21, 2008 | Date of Signature |
| Effective Date of Appraisal July 21, 2008 | State Certification # |
| State Certification # | or State License # |
| or State License # A00142L | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State RI | |
| Expiration Date of Certification or License 12/31/2009 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 162 Woodbine Street | ☐ Did inspect exterior of subject property from street |
| Pawtucket, RI 02860 | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 213,000 | ☐ Did inspect interior and exterior of subject property |
| LENDER/CLIENT | Date of Inspection _____ |
| Name Atty. John B. Ennis | |
| Company Name | COMPARABLE SALES |
| Company Address 1200 Reservoir Avenue | ☐ Did not inspect exterior of comparable sales from street |
| Cranston RI 02920 | ☐ Did inspect exterior of comparable sales from street |
| Email Address jbelaw@aol.com | Date of Inspection _____ |

Freddie Mac Form 72 March 2005     Page 7 of 7     Fannie Mae Form 1025 March 2005

## Operating Income Statement

**One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property**

woodbine162b

**Property Address**

Street **162 Woodbine St.**   City **Pawtucket**   State **RI**   Zip Code **02860**

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an 'unfurnished' unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes   No X | Owner | $ | $ | Electricity | | X |
| Unit No. 2 | Yes X  No | MTM | $ 600.00 | $ 800.00 | Gas | X | |
| Unit No. 3 | Yes   No | | $ | $ | Fuel Oil | | |
| Unit No. 4 | Yes   No | | $ | $ | Fuel(Other) | | |
| Total | | | $ 600.00 | $ 800.00 | Water/Sewer | X | |
| | | | | | Trash Removal | X | |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided). This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g., Applicant/Appraiser 288/300). If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.) Income should be based on current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

### Annual Income and Expense Projection for Next 12 months

| | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| **Income** (Do not include income for owner-occupied units) | | |
| Gross Annual Rental (from unit(s) to be rented) | $ 9,600.00 | $ |
| Other Income (include sources)   **None** | + | + |
| Total | $ 9,600.00 | $ 0 |
| Less Vacancy/Rent Loss | − 480.00 (5 %) | − 0 ( %) |
| Effective Gross Income | $ 9,120.00 | $ 0 |
| **Expenses** (Do not include expenses for owner-occupied units) | | |
| Electricity | Tenant | |
| Gas | 900.00 | |
| Fuel Oil | | |
| Fuel  (Type- _____ ) | | |
| Water/Sewer | 350.00 | |
| Trash Removal | | |
| Pest Control | | |
| Other Taxes or Licenses | | |
| Casual Labor | 100.00 | |
|   This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | |
| Interior Paint/Decorating | 100.00 | |
|   This includes the costs of contract labor and materials that are required to maintain the interiors of the living units. | | |
| General Repairs/Maintenance | 200.00 | |
|   This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | |
| Management Expenses | | |
|   These are the customary expenses that a professional management company would charge to manage the property. | | |
| Supplies | 100.00 | |
|   This includes the costs of items like light bulbs, janitorial supplies, etc. | | |
| Total Replacement Reserves - See Schedule on Pg. 2 | 420.00 | |
| Miscellaneous | | |
| **Total Operating Expenses** | $ 2,170.00 | $ |

Freddie Mac
Form 998 Aug 88

Page 1 of 2

Fannie Mae
Form 216 Aug 88

## Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year – such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. – should be expensed on a replacement cost basis.

| Equipment | Replacement Cost | Remaining Life | | | By Applicant/Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|
| Stoves/Ranges | @ $ | ÷ ___ Yrs. x | | Units = $ | $ | $ |
| Refrigerators | @ $ | ÷ ___ Yrs. x | | Units = $ | $ | $ |
| Dishwashers | @ $ | ÷ ___ Yrs. x | | Units = $ | $ | $ |
| A/C Units | @ $ | ÷ ___ Yrs. x | | Units = $ | $ | $ |
| C. Washers/Dryers | @ $ | ÷ ___ Yrs. x | | Units = $ | $ | $ |
| HW Heaters | @ $ 350.00 | ÷ 5 Yrs. x | 1 | Units = $ | 70.00 | $ |
| Furnace(s) | @ $ 1,500.00 | ÷ 10 Yrs. x | 1 | Units = $ | 150.00 | $ |
| (Other) | @ $ | ÷ ___ Yrs. x | | Units = $ | | $ |
| Roof | @ $ 2,000.00 | ÷ 10 Yrs. x One Bldg. = | | $ | 200.00 | $ |

**Carpeting** (Wall to Wall)     Remaining Life

| | | | | |
|---|---|---|---|---|
| (Units) | Total Sq. Yds. @ $ | Per Sq. Yd. ÷ | Yrs. = $ | $ |
| (Public Areas) | Total Sq. Yds. @ $ | Per Sq. Yd. ÷ | Yrs. = $ | $ |

**Total Replacement Reserves. (Enter on Pg. 1)**      $ 420.00    $ 0

### Operating Income Reconciliation

$ 9,120.00 − $ 2,170.00 = $ 6,950.00 ÷ 12 = $ 579.16
Effective Gross Income    Total Operating Expenses    Operating Income    Monthly Operating Income

$ _____ − $ _____ = $ _____
Monthly Operating Income    Monthly Housing Expense    Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as 'Net Rental Income' in the 'Gross Monthly Income' section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the **subject property** to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as 'Net Rental Income' in the 'Gross Monthly Income' section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the borrower's **primary residence** to the borrower's stable monthly income.

Appraiser's Comments (Including sources for data and rationale for the projections)

The estimated rents, expenses and reserves have been evaluated by the appraiser and are deemed to be common and typical for the area.

Stephan Bourque/#A00142L     *[signature: Stephan Bourque]*     21/2008
Appraiser Name     Appraiser Signature     Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name     Underwriter Signature     Date

Freddie Mac           Fannie Mae
Form 998 Aug 88       Page 2 of 2      Form 216 Aug 88

**SKETCH ADDENDUM**

| | |
|---|---|
| Borrower | Martinez, Juan/Maria |
| Property Address | 162 Woodbine Street |
| City | Pawtucket |
| County | Providence |
| State | RI |
| Zip Code | 02860 |
| Lender/Client | Atty. John B. Ennis, 1200 Reservoir Avenue, Cranston, RI  02920 |

woodbine162b

**Calculations**

```
28 X 40 X 2   = 2240
 7 X 13 X 2   =  182
        Total = 2422
```

Layouts of Both Units the Same

Floor plan sketch (not to scale): Rectangular main structure 35 × 40 containing Bath, Kitchen, Bedroom, Dining Area, Bedroom, Living Room, Bedroom. A 7 × 13 Open Porch extends off the left side. A 6 × 28 Open Porch extends off the bottom.

Not to Scale

# USPAP COMPLIANCE ADDENDUM

| | |
|---|---|
| Borrower: Martinez, Juan/Maria | File No. woodbine162b |
| Property Address: 162 Woodbine Street | |
| City: Pawtucket   County: Providence   State: RI   Zip Code: 02860 | |
| Lender/Client: Atty. John B. Ennis, 1200 Reservoir Avenue, Cranston, RI 02920 | |

Only those items checked [X] below apply to this report.

## PURPOSE, FUNCTION, AND INTENDED USE OF THE APPRAISAL

[ ] The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The *only* function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for lending purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

[ ] The purpose of the appraisal is to provide an opinion of market value of the subject property, as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of this report. The *only* function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for Real Estate Owned (REO) purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

[X] The purpose of this appraisal is to **estimate fair market value**, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of this report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for **bankruptcy proceedings**. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use is prohibited.

## TYPE OF APPRAISAL AND APPRAISAL REPORT

[X] This is a **Complete** Appraisal written in a **Summary** Report format and the USPAP Departure Rule has *not* been invoked.

[ ] This is a Limited Appraisal written in a _____ Report format and the USPAP Departure Rule *has* been invoked as disclosed in the body or addenda of the report. The client has agreed that a Limited Appraisal is sufficient for its purposes.

## SCOPE (EXTENT) OF REPORT

[X] The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales, listings, and/or rentals within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion. The extent of analysis applied to this assignment may be further imparted within the report, the Appraiser's Certification below and/or any other Statement of Limiting Conditions and Appraiser's Certification such as may be utilized within the Freddie Mac form 439 or Fannie Mae form 1004b (dated 6/93), when applicable.

## MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[X] A reasonable marketing time for the subject property is **30** day(s) utilizing market conditions pertinent to the appraisal assignment.

[X] A reasonable exposure time for the subject property is **60** day(s).

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved, unless otherwise stated within the report.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of the appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have [X] or have not [ ] made a personal inspection of the property that is the subject of this report. (If more than one person signs this report, this certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)
- No one provided significant professional assistance to the person signing this report. (If there are exceptions, the name of each individual providing significant professional assistance must be stated.)

NOTE: In the case of any conflict with a client provided certification (i.e., Fannie Mae or Freddie Mac), this revised certification shall take precedence.

- Supervisory Appraiser's Certification: If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 2-7 and 9 on the second page of the Freddie Mac Form 439 6-93/Fannie Mae Form 1004b 6-93, or the third page of Form 2055, and am taking full responsibility for the appraisal report.

## APPRAISER'S AND SUPERVISORY APPRAISER'S SIGNATURE

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *Stephan Bourque* | Signature: |
| Name: Stephan Bourque | Name: |
| Date the Report was Signed: July 21, 2008 | Date the Report was Signed: |
| State Certification #: | State Certification #: |
| or State License #: A00142L | or State License #: |
| State: RI | State: |
| Expiration Date of Certification or License: 12/31/2009 | Expiration Date of Certification or License: |
| | [ ] Did inspect subject property   [ ] Inspected Comparables |
| | [ ] Interior & Exterior   [ ] Interior & Exterior |
| | [ ] Exterior only   [ ] Exterior only |

USPAP Compliance Addendum – 4/99

## Photograph Addendum

| | | |
|---|---|---|
| | | File No. woodbine162b |
| Borrower | Martinez, Juan/Maria | |
| Property Address | 162 Woodbine Street | |
| City Pawtucket | | County Providence |
| State RI | | Zip Code 02860 |
| Lender/Client Atty. John B. Ennis | | Lender's Address 1200 Reservoir Avenue, Cranston, RI 02920 |
| Appraiser Stephan Bourque | | Appraiser's Address 31 Maple Street, Hope Valley, RI 02832 |



**Subject Front**



**Subject Rear**



**Subject Street**

## Photograph Addendum

| | |
|---|---|
| Borrower Martinez, Juan/Maria | File No. woodbine162b |
| Property Address 162 Woodbine Street | |
| City Pawtucket | County Providence |
| State RI | Zip Code 02860 |
| Lender/Client Atty. John B. Ennis | Lender's Address 1200 Reservoir Avenue, Cranston, RI 02920 |
| Appraiser Stephan Bourque | Appraiser's Address 31 Maple Street, Hope Valley, RI 02832 |



### Comparable 1

799 Central Avenue
Pawtucket, RI

Sale Price $   210,000
Date of Sale   6/02/08
Age            113 years
GLA            2274



### Comparable 2

118 Fountain St.
Pawtucket, RI

Sale Price $   210,000
Date of Sale   1/19/08
Age            108 years
GLA            2491



### Comparable 3

92 India Street
Pawtucket, RI

Sale Price $   230,000
Date of Sale   1/29/08
Age            88 years
GLA            2940

Map for 162 Woodbine Street, Pawtucket, RI



© 2000 by Rand McNally & Company. All rights reserved.