27286598

## Exterior-Only Inspection Residential Appraisal Report   File No. 5171203

### SUBJECT
Property Address 162 Woodbine Street  City Pawtucket  State RI  Zip Code 02860
Borrower Juan Martinez  Owner of Public Record Juan & Maria Martinez  County Providence
Legal Description Book 1189 Page 52
Assessor's Parcel # Plat 8 Lot 121  Tax Year 2008  R.E. Taxes $ 3124.00
Neighborhood Name Pleasant View  Map Reference Atlas USA  Census Tract 0154.00
Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $ N/A  [ ] PUD  HOA $ N/A  [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Asset
Lender/Client Indymac Bank - Hansen  Address 7700 W. Parmer Lane, Austin, TX 78729
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). Local Multiple Listings Service

### CONTRACT
I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A  Date of Contract N/A  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.  $

### NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [X] Urban [ ] Suburban [ ] Rural | Property Values [ ] Increasing [ ] Stable [X] Declining | PRICE  AGE | One-Unit  25 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | $(000)  (yrs) | 2-4 Unit  75 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 150 Low  25 | Multi-Family  % |
|  |  | 275 High  100 | Commercial  % |
|  |  | 180 Pred.  75 | Other  % |

Neighborhood Boundaries The neighborhood boundaries are: Route 1 to the east, Route 95 to the west, Route 15 to the south, and the MA state line to the north.
Neighborhood Description The neighborhood is comprised of single family and 2-4 family dwellings with adequate local neighborhood support facility, such as schools, fire fighters, police departments, public transportation, and medical facilities. Homes within the area receive adequate maintenance.
Market Conditions (including support for the above conclusions) In the Pleasant View section of the city, property values are declining at approximately 5-9 percent per year. This can be contributed to non-owner occupied dwellings, increasing not fixed interest rate mortgages, increased number of properties for sale, a number of boarded up dwellings, and also the prior use of non MLS transfers.

### SITE
Dimensions 50 X Irregular  Area 4,791 sf.  Shape Irregular  View Neighborhood
Specific Zoning Classification Residential  Zoning Description RM ( 5,000 sf. )
Zoning Compliance [ ] Legal [X] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe. If the subject is destroyed it can be 100% rebuilt.

| Utilities | Public | Other (describe) |  | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] |  | Water | [X] |  | Street Asphalt | [X] |  |
| Gas | [X] |  | Sanitary Sewer | [X] |  | Alley None |  |  |

FEMA Special Flood Hazard Area [ ] Yes [ ] No  FEMA Flood Zone X  FEMA Map # 440022 0001-C  FEMA Map Date 01/03/1986
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe. None Observed. Legal non-conforming use is due to site size & doesn't effect marketability.

### IMPROVEMENTS
Source(s) Used for Physical Characteristics of Property [ ] Appraisal Files [ ] MLS [X] Assessment and Tax Records [ ] Prior Inspection [ ] Property Owner
[ ] Other (describe)  Data Source(s) for Gross Living Area B&T and Tax Records

| GENERAL DESCRIPTION | GENERAL DESCRIPTION | Heating / Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | [ ] FWA [X] HWBB | [ ] Fireplace(s) # | [ ] None |
| # of Stories Two | [X] Full Basement [ ] Finished | [ ] Radiant | [ ] WoodStove(s) # | [X] Driveway  # of Cars |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | [ ] Partial Basement [ ] Finished | [ ] Other | [ ] Patio/Deck | Driveway Surface Asphalt |
| [X] Existing [ ] Proposed [ ] Under Const. | Exterior Walls Wood | Fuel Gas | [X] Porch | [ ] Garage  # of Cars |
| Design (Style) 2-family | Roof Surface Asphalt | [ ] Central Air Conditioning | [ ] Pool | [ ] Carport  # of Cars |
| Year Built 1930 | Gutters & Downspouts Aluminum | [ ] Individual | [ ] Fence | [ ] Attached [ ] Detached |
| Effective Age (Yrs) 10 Years | Window Type Double hung | [ ] Other | [ ] Other | [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)
Finished area above grade contains:  10 Rooms  6 Bedrooms  2 Bath(s)  2,422 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). Exterior inspection only.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). Only an exterior inspection, from the street was performed, all other data pertaining to the subject was extracted from city hall records and B&T. There were no apparent

27286598

## Exterior-Only Inspection Residential Appraisal Report   File No. 5171203

There are 10 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 150,000 to $ 300,000.
There are 10 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1500,000 to $ 300,000.

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 162 Woodbine Street Pawtucket | 979 Roosevelt Avenue Pawtucket | | 71 Calder Street Pawtucket | | 61 Darlingdale Avenue Pawtucket | |
| Proximity to Subject | | 1/4 Mile Northeast | | 3/4 Mile Northeast | | 1/4 Mile Southeast | |
| Sale Price | $ N/A | $ 180,000 | | $ 185,000 | | $ 175,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 75.50 sq. ft. | | $ 97.16 sq. ft. | | $ 88.56 sq. ft. | |
| Data Source(s) | | MLS/City Hall/Site | | MLS/City Hall/Site | | MLS/City Hall/Site | |
| Verification Source(s) | | D.O.M. 23 | | D.O.M. 30 | | D.O.M. 197 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | None Observed | | None Observed | | None Observed | |
| Date of Sale/Time | N/A | 09/22/08 | | 10/03/08 | | 08/14/08 | |
| Location | Urban | Urban | | Urban | | Urban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4,791 sf. | 3,920 sf. | | 5,000 sf. | | 4,261 sf. | |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design (Style) | 2-family | 2-family | | 2-family | | 2-family | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 78 | 78 | | 78 | | 78 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 10 / Bdrms. 6 / Baths 2 | Total 14 / Bdrms. 6 / Baths 2 | | Total 10 / Bdrms. 5 / Baths 2.5 | 1,000 -1,500 | Total 10 / Bdrms. 6 / Baths 2 | |
| Gross Living Area 25.00 | 2,422 sq. ft. | 2,384 sq. ft. | 0 | 1,904 sq. ft. | 12,950 | 1,976 sq. ft. | 11,150 |
| Basement & Finished Rooms Below Grade | Full Unfinished | Full Unfinished | | Full Unfinished | | Full Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central/None | Central/None | | Central/None | | Central/None | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | No Garages | No Garages | | No Garages | | No Garages | |
| Porch/Patio/Deck | Porch | Similar | | Similar | | Similar | |
| | | | | | | | |
| Net Adjustment (Total) | | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 12,450 | [X]+ [ ]- $ | 11,150 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.0% % Gross Adj. 0.0% % $ | 180,000 | Net Adj. 6.7% % Gross Adj. 8.4% % $ | 197,450 | Net Adj. 6.4% % Gross Adj. 6.4% % $ | 186,150 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain _____

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) MLS, B&T, and Town Hall Records
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MLS, B&T, and Town Hall Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/31/2000 | None prior | None prior | None prior |
| Price of Prior Sale/Transfer | 25,000 | to current sale | to current sale | to current sale |
| Data Source(s) | City Hall | MLS | MLS | MLS |
| Effective Date of Data Source(s) | 2008 | 2008 | 2008 | 2008 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The subject property is currently not listed for sale and has not sold in the past 36 months. The sale & listing history for the subject property was researched back three years. The comparable sales have been researched back one year and have not sold prior to recent sale.

Summary of Sales Comparison Approach. Legal nonconforming use is due to lot size & has no adverse effect on marketability. After analyzing the 3 above sales, as well considering numerous other sales and listings in the subject's general area, I am of the opinion that the market value of the subject property, on an "as is" basis, is $186,000.

**Exterior-Only Inspection Residential Appraisal Report**

27286598
File No. 5171203

ADDITIONAL COMMENTS

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  Sales and listings of similar residential lot sizes were utilized.

| ESTIMATED | [ ] REPRODUCTION OR | [X] REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ | 45,000 |
|---|---|---|---|---|---|
| Source of cost data  Means | | | Dwelling  2,422 Sq. Ft. @ $ 75.00 | = $ | 181,650 |
| Quality rating from cost service  Average  Effective date of cost data  2008 | | | Sq. Ft. @ $ | = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | Porch | | 3,000 |
| The Means Residential Cost Data Handbook was used as a guide | | | Garage/Carport  Sq. Ft. @ $ | = $ | |
| in determining property cost. Physical depreciation was calculated | | | Total Estimate of Cost-New | = $ | 184,650 |
| by the Age/Life method. No significant functional or economic | | | Less  50  Physical | Functional | External | | |
| obsolescence was noted. The unfinished basement area was | | | Depreciation  $49,040 | = $ ( | 49,040) |
| calculated in the base cost estimate of the dwelling. | | | Depreciated Cost of Improvements | = $ | 135,610 |
| | | | "As-is" Value of Site Improvements | = $ | 2,000 |
| Estimated Remaining Economic Life (HUD and VA only)  40 Years | | | INDICATED VALUE BY COST APPROACH | = $ | 182,600 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM) _____

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  [ ] Yes  [ ] No   Unit type(s)  [ ] Detached  [ ] Attached

27286598

**Exterior-Only Inspection Residential Appraisal Report**    File No. 5171203

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of

27286598

**Exterior-Only Inspection Residential Appraisal Report**    File No. 5171203

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined

Exterior-Only Inspection Residential Appraisal Report

27286598
File No. 5171203

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature  _Ronald Levasseur_ | Signature _____ |
| Name Ronald Levasseur, CRA | Name _____ |
| Company Name Levasseur Appraisal Company, Inc. | Company Name _____ |
| Company Address 4 May Street | Company Address _____ |
| North Providence, RI 02904 | |
| Telephone Number (401) 475-4673 | Telephone Number _____ |
| Email Address _____ | Email Address _____ |
| Date of Signature and Report 10/31/2008 | Date of Signature _____ |
| Effective Date of Appraisal 10/30/2008 | State Certification # _____ |
| State Certification # A00357R | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State RI | |
| Expiration Date of Certification or License 12/29/2008 | |