27286598

## Exterior-Only Inspection Residential Appraisal Report
File No. 5171203

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 162 Woodbine Street Pawtucket | 66 Prince Street Pawtucket | | 123 John Street Pawtucket | | | |
| Proximity to Subject | | 1/8 Mile Southeast | | 1/4 Mile Northeast | | | |
| Sale Price | $ N/A | $ 230,000 | | $ 229,900 | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 87.12 sq. ft. | | $ 102.63 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS/City Hall/Site | | MLS/City Hall/Site | | | |
| Verification Source(s) | | D.O.M. 3 | | D.O.M. 264 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | None Observed | | None Observed | | | |
| Date of Sale/Time | N/A | Listing -10% | -23,000 | Listing -10% | -22,990 | | |
| Location | Urban | Urban | | Urban | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 4,791 sf. | 5,000 sf. | | 4,792 sf. | | | |
| View | Neighborhood | Neighborhood | | Neighborhood | | | |
| Design (Style) | 2-family | 2-family | | 2-family | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 78 | 108 | | 78 | | | |
| Condition | Average | Average | | Average | | | |
| Above Grade Room Count | Total 10 / Bdrms. 6 / Baths 2 | Total 12 / Bdrms. 6 / Baths 2 | | Total 10 / Bdrms. 6 / Baths 2 | | Total / Bdrms. / Baths | |
| Gross Living Area 25.00 | 2,422 sq. ft. | 2,640 sq. ft. | -5,450 | 2,240 sq. ft. | 4,550 | sq. ft. | |
| Basement & Finished Rooms Below Grade | Full Unfinished | Full Unfinished | | Full Unfinished | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Central/None | Central/None | | Central/None | | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | No Garages | No Garages | | 2-Car detached | -10,000 | | |
| Porch/Patio/Deck | Porch | Similar | | Similar | | | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 28,450 | [ ]+ [X]- $ | 28,440 | [X]+ [ ]- $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. -12.4% Gross Adj. 12.4% $ | 201,550 | Net Adj. -12.4% Gross Adj. 16.3% $ | 201,460 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 |
| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
| Date of Prior Sale/Transfer | 05/31/2000 | None prior to current listing | | None prior to current listing | | | |
| Price of Prior Sale/Transfer | 25,000 | | | | | | |
| Data Source(s) | City Hall | MLS | | MLS | | | |
| Effective Date of Data Source(s) | 2008 | 2008 | | 2008 | | | |

Summary of Sales Comparison Approach

ADDENDUM

27286598
File No. 5171203

Adjustments

Room Count: Sales were adjusted $1,000 per bedroom count difference, and $1,500 per half bath differences.

GLA Variance: All comparable sales utilized in this appraisal report are within 90 days. Due to the lack of sales within 90 days in the subject's area with a GLA variance greater/less than 20% to the subject, it was better to use sales that had a greater/less than GLA variance over 20%, than to use older sales that go over 90-120 days. Comparable Sale No. 2, has a GLA variance greater/less than 20% to the subject property.

Market Conditions

In the Pleasant View section of the city, property values are declining at approximately 5-9 percent per year. This can be contributed to non-owner occupied dwellings, increasing not fixed interest rate mortgages, increased number of properties for sale, a number of boarded up dwellings, and also the prior use of non MLS transfers.

Rhode Island is not included in the seven states defined as "declining" are (CO, AZ, FL, CA, MA, MN, NV) and the three additional "at risk" states are (OH, MI, IN). Although the market has declined in the State of RI, not all areas are declining. The subject property is located in the Pleasant View section of the City of Providence. According to RI Real Estate Market Snapshot, the Pleasant View section of the City of Providence is one of the areas considered to be declining.

Income Approach

The subject property is located in an area of primarily owner-occupied single-family residences. The Income Approach is not considered to be meaningful; therefore, it was not utilized.

Signature

The electronic signature utilized to sign this report is produced by software that protects signature security. Each appraiser maintains sole control of their related signature through a guarded password.

Zoning Compliance

The subject is legal non-conforming use. This is due to site size & doesn't effect marketability. If the property was destroyed, it could be 100% rebuilt. No variance is required to rebuild if property is legal non-conforming.

SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Juan Martinez | File No.: 5171203 |
| Property Address: 162 Woodbine Street | Case No.: 27286598 |
| City: Pawtucket    State: RI | Zip: 02860 |
| Lender: Indymac Bank - Hansen | |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: October 30, 2008
Appraised Value: $ 186,000



STREET SCENE

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Juan Martinez | File No.: 5171203 |
| Property Address: 162 Woodbine Street | Case No.: 27286598 |
| City: Pawtucket    State: RI | Zip: 02860 |
| Lender: Indymac Bank - Hansen | |



**COMPARABLE SALE #1**

979 Roosevelt Avenue
Pawtucket
Sale Date: 09/22/08
Sale Price: $ 180,000



**COMPARABLE SALE #2**

71 Calder Street
Pawtucket
Sale Date: 10/03/08
Sale Price: $ 185,000



**COMPARABLE SALE #3**

61 Darlingdale Avenue
Pawtucket
Sale Date: 08/14/08

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Juan Martinez | File No.: 5171203 |
| Property Address: 162 Woodbine Street | Case No.: 27286598 |
| City: Pawtucket    State: RI | Zip: 02860 |
| Lender: Indymac Bank - Hansen | |



COMPARABLE SALE #4

66 Prince Street
Pawtucket
Sale Date: Listing -10%
Sale Price: $ 230,000



COMPARABLE SALE #5

123 John Street
Pawtucket
Sale Date: Listing -10%
Sale Price: $ 229,900

COMPARABLE SALE #6

Sale Date:

LOCATION MAP

| Borrower: Juan Martinez | File No.: 5171203 |
|---|---|
| Property Address: 162 Woodbine Street | Case No.: 27286598 |
| City: Pawtucket    State: RI | Zip: 02860 |
| Lender: Indymac Bank - Hansen | |

